1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   JONATHAN B. GRANOFF
3  VINCENT J. SOTTOSANTI
   Arizona Bar No. 022037
4  Assistant U.S. Attorneys
   United States Courthouse
5  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
6  Telephone: 520-620-7300
   Email:
7  Jonathan.Granoff@usdoj.gov
   Vincent.Sottosanti@usdoj.gov
8  Attorneys for Plaintiff

**VICTIM**

FILED

2025 MAY 21  PM 2: 08

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR25-02403 TUC-RM(LCK)**

9         IN THE UNITED STATES DISTRICT COURT

10            FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 11 United States of America, | **I N D I C T M E N T** |
| 12                        Plaintiff, | Violations: |
| 13 vs. | 18 U.S.C. § 1343 |
| 14 | (Wire Fraud) |
| 15 | Count 1 |
| 16 Deeno Jackson, | 18 U.S.C. § 1349 |
| 17                        Defendant. | (Conspiracy to Commit Wire Fraud) |
| 18 | Count 2 |
| 19 | Forfeiture Allegation |
| 20 | 18 U.S.C. §981(a)(1)(C) |
|  | 28 U.S.C. §2461(c) |

22  **THE GRAND JURY CHARGES:**

24                  **COUNT 1**

25                **WIRE FRAUD**

26            **[18 U.S.C. § 1343]**

27  1. From a time unknown and continuing through approximately March, 2025 in the

28     District of Arizona, and elsewhere, the defendant DEENO JACKSON

1  ("JACKSON"), with the intent to defraud, knowingly and willfully participated in,

2  devised, and intended to devise a scheme and artifice to defraud, and a scheme to

3  obtain money and property by materially false and fraudulent pretenses,

4  representations, and promises.

5  <u>**Scheme to Defraud**</u>

6  2.  JACKSON and at least one or more person knowingly and with the intent to defraud,

7  engaged in a scheme to defraud through materially false statements to obtain money

8  and property from one or more elderly victims from around the United States to

9  include Arizona. Elderly victims were defrauded in what is commonly referred to

10  as a lottery fraud, sweepstakes fraud, or "You've Won" scam. Generally,

11  JACKSON and others, through materially false representations, created the false

12  impression that the victims won a prize such as the lottery or sweepstakes. The co-

13  schemers communicated that to obtain these winnings, the victims were required to

14  pay taxes or other fees. In furtherance of the fraud scheme, the co-schemers falsely

15  represented that they were legitimately acting on behalf of the government such as

16  pretending to be representatives of the FBI, CIA, or IRS. One of the victims was

17  also mailed a safe to his home. The fraudsters told the victim that the safe was rigged

18  with explosive powder that would destroy the promised cash winnings that were

19  allegedly inside the safe if opened with the wrong combination. To obtain the

20  combination, the victim was also told to pay more fees. These representations were

21  false and fraudulent. The co-schemers made these false and fraudulent

22  representations with intent to defraud solely to obtain the victims' money and

23  without any intent to provide the prize winnings.

24  <u>**Execution of the Scheme by Wire Communication**</u>

25  3.  On or about January 24, 2023, for the purpose of and as an essential part of executing

26  the scheme to defraud, defendant JACKSON, did knowingly cause to be transmitted

27  by means of wire and electronic communication signals in interstate or foreign

28  commerce: that is, an electronic communication relating to a $7,000 cashier's check

*United States of America v. Deeno Jackson*
*Indictment Page 2 of 5*

deposited by victim J.P. into J.P. Morgan Chase bank account ending in 1238 all in violation of Title 18, United States Code Section 1343.

## COUNT 2

### Conspiracy to Commit Wire Fraud

### [18 U.S.C. § 1349]

1. The factual allegations in paragraphs 1 – 3 are re-alleged and incorporated by reference as if fully stated herein.

2. From a time unknown but at least from December 2022 and continuing through approximately October 2023 in the District of Arizona, and elsewhere, defendant JACKSON and at least one or more persons, knowingly and intentionally combined, conspired, and agreed with each other, to commit an offense against the United States: to wit: Wire Fraud in violation of Title 18, United States Code, Section 1343.

### Object of the Conspiracy

3. It was the object of the conspiracy to knowingly and with the intent to defraud, engage in a scheme to defraud through materially false statements to obtain money and property from at least one elderly victim, J.P., in Arizona. The manner and means employed by the co-conspirators to achieve the object of the conspiracy are described in paragraphs 1 – 3 of the indictment.

4. As an essential part of and in furtherance of the conspiracy, the co-conspirators caused to be used at least one or more electronic communications in interstate and foreign commerce.

5. The defendant JACKSON knew the object of the conspiracy was to engage in the fraud scheme to obtain money and property by means of materially false and fraudulent representations. JACKSON joined such conspiracy with the intent to further its unlawful purpose. All in violation of Title 18, United States Code, Section 1349.

**FORFEITURE ALLEGATION**

6. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1349 and 1343 set forth in Counts One and Two of this Indictment, the defendant JACKSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

7. The property to forfeited includes but is not limited to: a sum of money equal to the proceeds traceable to the offenses.

8. If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

///

///

1      All in violation of Title 18, United States Code, Section 981(a)(1)(C) and

2   Title 28, United States Code, Section 2461(c).

3                          A TRUE BILL

4

5                          /s/
                           FOREPERSON OF THE GRAND JURY
6                          Dated: May 21, 2025

7

8   TIMOTHY COURCHAINE
    United States Attorney
9   District of Arizona

10  /s/
    JONATHAN B. GRANOFF
11  VINCENT J. SOTTOSANTI
    Assistant U.S. Attorneys
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Deeno Jackson*
*Indictment Page 5 of 5*